UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN DEWAYNE TAYLOR, JR,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, *et al.*,<br><br>Defendants. | Case No. C26-2405-TL-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This is a 42 U.S.C. § 1983 prisoner civil rights action. On October 28, 2026, Plaintiff filed a Motion for Permission to E-file Discovery Documents (dkt. # 17), wherein he requests permission to e-file all discovery requests. Prior to Plaintiff's filing of the instant motion, the Clerk informed him that under Local Civil Rule 5(d), his discovery requests would not be filed in this case and had been returned to him. Plaintiff need not file discovery requests with the Court in order to serve them on Defendants. Accordingly, Plaintiff's pending Motion (dkt. # 17) is DENIED.

Plaintiff also previously filed a response to Defendants' answer to Plaintiff's civil rights complaint. (*See* dkt. # 16.) Pursuant to Rule 7(a)(7) of the Federal Rules of Civil Procedure, a reply to an answer is allowed only if the Court orders that one be filed. The Court did not order Plaintiff to file a reply to Defendants' answer and sees no need for such a pleading in this action. Accordingly, Plaintiff's response (dkt. # 16) is STRICKEN.

The Clerk is directed to send copies of this Minute Order to Plaintiff, to counsel for Defendants, and to the Honorable Tana Lin.

Dated this 5th day of November, 2026.

Joshua C. Lewis
Clerk of Court

By: Tim Farrell
Deputy Clerk